158 A.3d 575

AMERICAN MOTORISTS INSURANCE COMPANY, PLAINTIFF–
RESPONDENT, v. NORTH PLAINFIELD BOARD OF
EDUCATION, DEFENDANT–PETITIONER.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004680–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.